## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

:

**IN RE KYLE ROHRIG**

**Case No. 2:21-cv-2266**
**Judge Sarah D. Morrison**
**Chief Magistrate Judge Elizabeth P. Deavers**

:

## ORDER

This matter is before the Court on the May 11, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 3.) The Magistrate Judge performed an initial screen of the Complaint (styled as a Motion for Writ of Mandamus) pursuant to 28 U.S.C. § 1915(e)(2). She recommended that the Court dismiss Plaintiff's Complaint in its entirety for lack of subject matter jurisdiction. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 3) and **DISMISSES** the Complaint (ECF No. 2) without prejudice. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**